*E-FILED - 1/15/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HASSAN ABPIKAR, | ) | No. C 08-5661 RMW (PR) |
| | ) | |
| Petitioner, | ) | ORDER OF DISMISSAL |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| EDWARD FLORES, Chief of Corrections, | ) | |
| County of Santa Clara Department of | ) | |
| Corrections, | ) | |
| | ) | |
| Respondent. | ) | |

This case was opened when the Clerk of Court received a petition for a writ of habeas corpus from petitioner.  The petition is an identical copy of an amended petition that petitioner had filed earlier, on December 12, 2008, in petitioner's prior habeas action, Abpikar v. Flores, No. C. 08-4436 RMW (PR).  As the court has considered the claims and allegations in the amended petition in petitioner's earlier case, there is no need for petitioner to proceed in this action based on a duplicate petition.  Accordingly, the instant action is DISMISSED and the Clerk shall enter judgment and close the file.

IT IS SO ORDERED.

DATED: _1/13/09_

RONALD M. WHYTE
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28