1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*E-FILED - 1/15/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HASSAN ABPIKAR, | ) | No. C 08-5661 RMW (PR) |
| Petitioner, | ) | JUDGMENT |
| vs. | ) | |
| EDWARD FLORES, Chief of Corrections, County of Santa Clara Department of Corrections, | ) | |
| Respondent. | ) | |

The court has dismissed this habeas case.  A judgment of dismissal is entered.

IT IS SO ORDERED.

DATED: _____1/13/09_____

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge